UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WERONIKA JANCZUK,

                Plaintiff,

       -against-

UNITED STATES OF AMERICA,

                Defendant.

24-CV-3750 (LTS)

CIVIL JUDGMENT

For the reasons stated in the September 9, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 9, 2024
         New York, New York

             /s/ Laura Taylor Swain
             LAURA TAYLOR SWAIN
           Chief United States District Judge